# CIVIL MINUTES

**U.S. Chief Magistrate Judge James Larson**

**Date: February 16, 2006**

**Case No.: CR 04-0382 CRB (JL)**

**Case Name: USA, et al., v. Fuk Tai Chow**

**Counsel Present:**     **Plaintiff**: Stephen h. Jigger

                       **Defendant:** Mark Rendon Vermeulen

**Deputy Clerk:** Venice E. Thomas

I hereby certify that a settlement conference was held in the above-referenced case with the following outcome:

        \_\_\_\_\_      Settled

        \_\_\_\_\_      Partial settlement

         X       Did not settle

                  Further settlement conference ordered:  \_\_\_\_\_

**Time:**   **3.0 hrs**

**Comments:**

                                              */s/ Venice E. Thomas*

                                        Venice E. Thomas,  Deputy Clerk

cc: Wings Hom, Barbara Espinoza