IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. CR-04-0382 CRB |
| Plaintiff, | **ORDER** |
| -v- | |
| FUK TAI CHOW, | |
| Defendant. | |

It is hereby ordered that the United States Marshal sequester the jury of twelve members in the above matter during their deliberations at the United States Courthouse in San Francisco and furnish them with meals at the expense of the United States. The deliberations will commence on March 02, 2006 .

The jury shall be sequestered commencing March 02, 2006 until conclusion of trial proceedings.

**IT IS SO ORDERED.**

Dated: March 02, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE